| | |
|---|---|
| **ANDERSON & KARRENBERG** | **GREENWALD DAVIDSON RADBIL PLLC** |
| Jared D. Scott (#15066) | Jesse S. Johnson (*pro hac vice*) |
| Jacob W. Nelson (#16527) | Attorneys for Plaintiff |
| Attorneys for Plaintiff | 5550 Glades Road, Suite 500 |
| 50 West Broadway, Suite 600 | Boca Raton, FL 33431 |
| Salt Lake City, UT 84101-2035 | Telephone: (561) 826-5477 |
| Telephone: (801) 534-1700 | jjohnson@gdrlawfirm.com |
| jscott@aklaw.com | |
| jnelson@aklaw.com | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LEONARD GONZALES, on behalf of himself and others similarly situated, | **NOTICE OF SETTLEMENT** |
| Plaintiff, | |
| v. | Case No. 2:23-cv-00380-DBB-CMR |
| SKYFINE USA, LLC, | District Judge David Barlow |
| Defendant. | Magistrate Judge Cecilia M. Romero |

Leonard Gonzales notifies this Court that he and SkyFine USA, LLC ("Defendant") have reached an agreement to resolve his individual claims in this matter. Mr. Gonzales accordingly requests that this Court vacate all case deadlines, including the upcoming deadline for Mr. Gonzales to respond to Defendant's counterclaim, ECF No. 26, and allow the parties 30 days within which to finalize the terms of their written settlement agreement, after which the parties will file a stipulation of dismissal.

*/s/ Jesse S. Johnson*                                  Date: April 23, 2024
Jesse S. Johnson
Counsel for Plaintiff